No. 703. OKLAHOMA TAX COMMISSION *v.* TEXAS COMPANY; and
No. 704. OKLAHOMA TAX COMMISSION *v.* MAGNOLIA PETROLEUM Co. Appeals from the Supreme Court of

Oklahoma. The appeals are dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is granted. The Solicitor General is requested to file a brief as *amicus curiae*. *Mac Q. Williamson*, Attorney General of Oklahoma, *Fred Hansen*, Assistant Attorney General, and *R. F. Barry* for appellant.